UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR FLORES LARIOS,<br><br>Plaintiff,<br><br>v.<br><br>SERVICE MANAGEMENT SYSTEMS, INC.,<br><br>Defendant. | No.  2:24-cv-03272-DC-AC<br><br>ORDER SUBMITTING ACTION TO ARBITRATION AND STAYING ACTION PURSUANT TO THE PARTIES' STIPULATION<br><br>(Doc. No. 14) |

On February 21, 2025, the parties in this action filed a stipulation notifying the court they have agreed to submit all of Plaintiff's individual claims brought in this action to binding arbitration pursuant to an arbitration agreement the parties executed on November 16, 2021 ("the Arbitration Agreement"), and to stay this action pending conclusion of the arbitration proceedings. (Doc. No. 14.)

Pursuant to that stipulation, and good cause appearing, the court orders as follows:

1. Plaintiff's individual claims brought in this action are hereby submitted to binding arbitration pursuant to the parties' Arbitration Agreement;

2. This action is STAYED pending completion of the arbitration proceedings;

3. The court retains jurisdiction over this action to confirm, correct, vacate or enforce any arbitration award, as appropriate, in accordance with California Code of Civil

Procedure sections 1285 through 1287.6 and the Federal Arbitration Act, 9 U.S.C. §§ 9, 10, and 11;

4. All dates and deadlines, if any, are vacated;

5. The parties shall file a joint status report regarding the status of the arbitration within 180 days from the date of entry of this order, and every 60 days thereafter, until the arbitration proceedings are completed; and

6. The parties shall file a joint status report to notify the court that arbitration proceedings have concluded within fourteen (14) days of the issuance of the arbitrator's decision.

IT IS SO ORDERED.

Dated: __**March 4, 2025**__

Dena Coggins
United States District Judge

2